Rel: June 7, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0800

Charles A. Childers v. Clothiel Mallory, by and her through her guardian, Brent A. Mallory (Appeal from Blount Circuit Court: CV-21-900140).

SELLERS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Wise, Stewart, and Cook, JJ., concur.